**SO ORDERED.**

**SIGNED this 23rd day of October, 2013.**

Janice Miller Karlin
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE:
MARK LEE KELLEY
GLENDA LEE KELLEY
3039 NW LOWER SILVER LAKE

TOPEKA KS 66618

CHAPTER 13
CASE NO.: 12-41010

**ORDER ALLOWING POST PETITION CLAIM**

Now the Trustee's Motion to Allow Post Petition Claim comes before the Court. After reviewing the file and hearing recommendations of the Trustee and there having been no response to the Notice with Opportunity, the Court finds the claim of KANSAS DEPT OF REVENUE should be and hereby is allowed as follows:

TYPE: POST-PETITION PRIORITY

| CLAIM# | NAME AND ADDRESS OF CREDITOR | AMOUNT | INTEREST RATE |
|---|---|---|---|
| 32 | KANSAS DEPT OF REVENUE<br>PO BOX 12005<br><br>TOPEKA KS 66612-2005 | $ 1,909.00 | .00% |

###

Prepared and Approved by:

s/ - JAN HAMILTON, TRUSTEE

FG12/2/TW